# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RHONDA BURGOS**                                                                         **PLAINTIFF**

**VS.**                     **CASE NO. 4:20CV00546JM**

**MAC MECHANICAL CO. and**
**DANIEL GLENN McELDERRY II**                                **DEFENDANTS**

## <u>ORDER</u>

Pending is the parties' joint motion for approval of settlement. (Docket #4). Without expending significant judicial resources, the settlement agreement appears fair and reasonable. Accordingly, the settlement is APPROVED. This case is dismissed WITH PREJUDICE. The Clerk is directed to close the case.

IT IS SO ORDERED this 15th day of October, 2020.

_____
James M. Moody
United States District Judge